No. 81–6260.  BOBO *v.* ITT, CONTINENTAL BAKING CO. C. A. 5th Cir.  Certiorari denied.

No. 81–6261.  CHAKA *v.* LEIGHTON ET AL.  C. A. 7th Cir. Certiorari denied.

No. 81–6264.  THOMAS *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 5th Cir. Certiorari denied.

No. 81–6265.  NZONGOLA *v.* NZONGOLA.  Ct. App. D. C. Certiorari denied.

No. 81–6266.  NZONGOLA *v.* NZONGOLA.  Super. Ct. Ga., Fulton County.  Certiorari denied.

No. 81–6268.  MECHLER *v.* TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 81–6269.  POUNCY *v.* HUTTO.  C. A. 4th Cir.  Certiorari denied.

No. 81–6270.  STINNETT *v.* KENTUCKY.  Sup. Ct. Ky. Certiorari denied.

No. 81–6274.  LACKEY, AKA JERNIGAN *v.* ROSE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 81–6275.  OMERNICK *v.* CAROW ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 81–6276.  JACKSON *v.* O'LONE ET AL.  C. A. 3d Cir. Certiorari denied.

No. 81–6278.  HARTFORD *v.* ARIZONA.  Sup. Ct. Ariz. Certiorari denied.

No. 81–6281.  APPLEBY *v.* WTIC–FM RADIO STATION ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 81–6282.  HEJL *v.* TEXAS ET AL.  C. A. 5th Cir. Certiorari denied.